# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

**FILED** U.S. DISTRICT COURT SAVANNAH DIV. JUN 26 2015 CLERK_____ SO. DIST. OF GA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:10CR00159-20 |
| Jermaine Tandy ) | USM No: 16256-021 |
| ) | |
| Date of Original Judgment: May 9, 2012 ) | Julie M. Wade |
| Date of Previous Amended Judgment: _____ ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **210** months **is reduced to** **168 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated **May 9, 2012** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 06-25-15

_____
Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*